## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas Joseph Kellett Jr.                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-10810 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CSMC 2019-RPL10 Trust and index same on the master mailing list.


                         Respectfully submitted,


                /s/ <u>Mark A. Cronin</u>
                Mark Cronin
                18 Apr 2023, 14:07:52, EDT


                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322