# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Chapter 13

THOMAS JOSEPH KELLETT, JR.                              Bankruptcy No. 23-10810-MDC

2053 SOUTH 58TH ST

PHILADELPHIA, PA 19143


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
THOMAS JOSEPH KELLETT, JR.

2053 SOUTH 58TH ST

PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
MARCIA Y. PHILLIPS
430 EXTON SQUARE PARKWAY
#1568
EXTON, PA 19341-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 7/27/2023                                                                                      /s/ Kenneth E. West

                                                                                              _____
                                                                                             Kenneth E. West, Esquire
                                                                                             Chapter 13 Standing Trustee