# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 23-10810-MDC

THOMAS JOSEPH KELLETT, JR.

2053 SOUTH 58TH ST

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    THOMAS JOSEPH KELLETT, JR.

    2053 SOUTH 58TH ST

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    MARCIA Y. PHILLIPS
    430 EXTON SQUARE PARKWAY
    #1568
    EXTON, PA 19341-

Date: 8/31/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee