IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: THOMAS JOSEPH KELLETT, JR. )<br>**Debtor(s)** )<br> ) | CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** ) | Case No.: 23-10810 (MDC) |
| )<br>v. )<br> ) | |
| THOMAS JOSEPH KELLETT, JR. )<br>**Respondent(s)** )<br> ) | |
| KENNETH E. WEST )<br>**Trustee** )<br> )<br> )<br> ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about September 7, 2023 in the above matter is APPROVED.

Dated:   09/11/2023

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge