

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


IN PROCEEDINGS:

23-10810


DEBTOR(S):

THOMAS JOSEPH KELLETT


WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $922.48


CREDITOR'S SIGNATURE:

*/s./ Korinny Sanchez*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884


DATE:

11/2/2023