UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Thomas J  Kellett Jr                                                 CHAPTER: 13
309 W 11Th ST                                                     CASE NUMBER: 23-10810
Anderson, IN 46016                                     CLAIM AMOUNT: $652.65

Debtors.
_____

### **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Jefferson Capital Systems, LLC, on behalf of Premier Bankcard, LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/23/2023, in the amount of $652.65.

Jefferson Capital Systems, LLC, on behalf of Premier Bankcard, LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 3rd day of November, 2023.

                                                                    Jefferson Capital Systems, LLC

                                                                    By: /s/ Rhonda Pratt
                                                                    Rhonda Pratt   Bankruptcy Specialist

                                                                    Jefferson Capital Systems, LLC
                                                                    Assignee for Premier Bankcard, LLC
                                                                    200 14th Avenue E
                                                                    Sartell, MN 56377
                                                                    (800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Thomas J  Kellett Jr<br>309 W 11Th ST<br>Anderson, IN 46016 |
| Debtor's Attorney: | Marcia  Phillips<br>430 Exton Square Pkwy<br>Exton, PA 19341 |
| Chapter 13 Trustee: | Kenneth E. West<br>P.O BOX 40837<br>Philadelphia, PA 19107 |

by submitting electronically with the court.

This 3rd day of November, 2023.

Jefferson Capital Systems, LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314