

Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

November 7, 2023

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**WITHDRAWAL OF CLAIM**

Re: Thomas Joseph Kellett Jr.

Case #: 23-10810

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 2-1, claim amount $717.44 filed 03/23/2023.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E. West, Chapter 13 Trustee

Marcia Y. Phillips, Attorney for Debtor