# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania

In re: Thomas Joseph Kellett, Jr.　　　　　　　　　　　　Case # 23-10810

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Claim # 4

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

　　PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 4 dated April 27, 2023.

Dated: November 9, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Angela Walmsley
　　　　　　　　　　　　　　　　　　　　　　Lead Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　　Midland Credit Management, Inc.
　　　　　　　　　　　　　　　　　　　　　　PO Box 2037
　　　　　　　　　　　　　　　　　　　　　　Warren, MI 48090
　　　　　　　　　　　　　　　　　　　　　　Phone: 877-495-2902
　　　　　　　　　　　　　　　　　　　　　　Fax: 866-818-1718
　　　　　　　　　　　　　　　　　　　　　　Email: bankruptcydm@mcmcg.com