IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: THOMAS JOSEPH KELLETT, JR.    )
    **Debtor(s)**    )
    ) CHAPTER 13
CREDIT ACCEPTANCE CORPORATION    )
    **Moving Party**    ) Case No.: 23-10810 (MDC)
    )
    v.    )
    )
THOMAS JOSEPH KELLETT, JR.    )
    **Respondent(s)**    )
    )
KENNETH E. WEST    )
    **Trustee**    )
    )
    )
_____)

### PRAECIPE WITHDRAWING CREDIT ACCEPTANCE CORPORATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Credit Acceptance's Objection To Confirmation, filed on or about April 18, 2023 in the above-referenced case, number 13 on the docket.  The Objection has been settled via Stipulation.

Date: 2/16/24

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Phone (856) 330-6200
Fax (856) 330-6207
Attorney for Credit Acceptance Corporation