United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-10810-mdc
Thomas Joseph Kellett, Jr. | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 01, 2024 | Form ID: 155 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas Joseph Kellett, Jr., 2053 South 58th St., Philadelphia, PA 19143-5906 |
| 14766773 | + | Bay Area Credit Services, P.O. Box 46700, Attn: Bnkruptcy, Atlanta, GA 30320 |
| 14774965 | + | CSMC 2019-RPL10 Trust, C/O Mark A. Cronin, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14766780 | | EOS CCA, PO BOX 981041, Attn: Bankruptcy, Boston, MA 02298-1041 |
| 14766783 | | Philadelphia Water Department, Water Revenue Bureau. P.O. Box 41496, Attn: Bankruptcy, Philadelphia, PA 19101-1496 |
| 14766786 | + | Professional Account Management, PO Box 332, Attn: Bankruptcy, Milwaukee, WI 53201-0332 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14786944 | | Email/Text: megan.harper@phila.gov | Mar 02 2024 01:33:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14774639 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 02 2024 01:32:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| 14766778 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 02 2024 01:32:00 | Credit Corp Solutions, Inc, 63 E 11400 S 408, Attn: Bankruptcy, Sandy, UT 84070 |
| 14786260 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2024 01:34:00 | CSMC 2019-RPL10 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14766774 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2024 01:33:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14767307 | + | Email/Text: bankruptcy@cavps.com | Mar 02 2024 01:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14766775 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 02 2024 01:32:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14766776 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 02 2024 01:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14766779 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 02 2024 01:33:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 14766781 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 02 2024 01:29:10 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14769478 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2024 01:52:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14777263 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14766782 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2024 01:33:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De |

Case 23-10810-mdc   Doc 56   Filed 03/03/24   Entered 03/04/24 00:39:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2024 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14779968 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 02 2024 01:32:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 14766784 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 02 2024 02:08:42 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14781214 | + Email/Text: bankruptcy@philapark.org | Mar 02 2024 01:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 14784367 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 02 2024 01:33:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14766785 | + Email/Text: correspondence@duncansolutions.com | Mar 02 2024 01:32:00 | Professional Account Management, ATTN:Bankruptcy, PO Box 863867, Plano, TX 75086-3867 |
| 14766787 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2024 01:29:11 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14766788 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 02 2024 01:34:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14766789 | + Email/Text: clientservices@simonsagency.com | Mar 02 2024 01:33:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14784922 | Email/Text: bankruptcy@springoakscapital.com | Mar 02 2024 01:32:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14766790 | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 02 2024 01:32:00 | Sunrise Credit Services, PO Box 9100, Attn: Bankruptcy, Farmingdale, NY 11735-9100 |
| 14766791 | + Email/Text: bncmail@w-legal.com | Mar 02 2024 01:32:00 | Target Nb, Attn: Bankruptcy, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14783239 | + Email/PDF: ebn_ais@aisinfo.com | Mar 02 2024 01:29:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14766777 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Thomas Joseph Kellett Jr. mphillips@recoverylawgroup.com |
| MARK A. CRONIN | on behalf of Creditor CSMC 2019-RPL10 Trust bkgroup@kmllawgroup.com |
| Missouri Lee Dawson | mdawson@springoakscapital.com  bankruptcy@springoakscapital.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Thomas Joseph Kellett Jr.

Debtor(s).

Case No. 23−10810−mdc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 1, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court