UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                 CASE NO.: 23-10810
                                                                                                       CHAPTER 13
Thomas Joseph Kellett, Jr.,
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                            **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                                            **13010 MORRIS ROAD, SUITE 450**
                                                        **ALPHARETTA, GA 30004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Attorneys for Secured Creditor
                                                13010 Morris Rd., Suite 450
                                                Alpharetta, GA 30004
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                                By: /s/Sherri Dicks
                                                   Sherri Dicks
                                                   Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

THOMAS JOSEPH KELLETT, JR.
2053 SOUTH 58TH ST.
PHILADELPHIA, PA 19143

And via electronic mail to:

MARCIA Y PHILLIPS, ESQ., LLM & ASSOC., LLC
430 EXTON SQUARE PARKWAY, #1568
EXTON, PA 19341

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amber Matas