United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-10810-djb

Thomas Joseph Kellett, Jr.                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 21, 2025 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2025:**

**Recip ID          Recipient Name and Address**
db          + Thomas Joseph Kellett, Jr., 2053 South 58th St., Philadelphia, PA 19143-5906

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 22 2025 01:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2025 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: ebnnotifications@creditacceptance.com | Nov 22 2025 01:49:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Ste. 300, Southfield, MI 48034 |
| cr | + Email/Text: bankruptcy@cavps.com | Nov 22 2025 01:50:00 | Cavalry SPV l, LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2025 01:50:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2025 02:05:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + Email/Text: RASEBN@raslg.com | Nov 22 2025 01:49:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midland Credit Management, Inc. |
| cr | | U.S. Bank Trust National Association, not in its i |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                          User: admin                                   Page 2 of 2

Date Rcvd: Nov 21, 2025                       Form ID: pdf900                               Total Noticed: 8

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2019-RPL10 Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Thomas Joseph Kellett  Jr. mphillips@recoverylawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2019-RPL10 Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust mimcgowan@raslg.com |
| Missouri Lee Dawson | mdawson@springoakscapital.com  bankruptcy@springoakscapital.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Thomas Joseph Kellett, Jr.,<br><br>　　　　Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br><br>　　　　Movant,<br><br>　　　　　v.<br><br>Thomas Joseph Kellett, Jr.,<br><br>　　　　Debtor/Respondent.<br><br>Edna Bosworth,<br><br>　　　　Co-Debtor/Respondent.<br><br>Carol Kilgore,<br><br>　　　　Co-Debtor/Respondent.<br><br>KENNETH E. WEST,<br><br>　　　　Trustee/Additional Respondent. | Bankruptcy No. 23-10810-djb<br><br>Chapter 13 |

**ORDER**

　　　　AND NOW, this_____day of_, 2025, upon consideration of the foregoing Stipulation Resolving

Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN

ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION

TRUST, it is hereby ORDERED that the Stipulation is approved.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Derek J. Baker
**Date: November 21, 2025**　　　　U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Thomas Joseph Kellett, Jr.,<br><br>     Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br><br>     Movant,<br><br>       v.<br><br>Thomas Joseph Kellett, Jr.,<br><br>     Debtor/Respondent.<br>Edna Bosworth,<br><br>     Co-Debtor/Respondent.<br>Carol Kilgore,<br><br>     Co-Debtor/Respondent.<br>KENNETH E. WEST,<br><br>     Trustee/Additional Respondent. | Bankruptcy No. 23-10810-djb<br><br>Chapter 13 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Movant" or "Secured Creditor) and Thomas Joseph Kellett, Jr. ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.    BACKGROUND:**

1.  On January 26, 1999, Thomas J. Kellett executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $49,500.83.

2.  The Mortgage was recorded on January 29, 1999 with the Philadelphia County Recorder of Deeds.

3.  The Mortgage was secured as a lien against the real property located in Philadelphia County commonly known as 2053 S. 58th Street Philadelphia, Pennsylvania 19143 (the "Property").

4.  The Note and Mortgage were last assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST.

5.  Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due.  As of October 16, 2025, the post-petition arrears owed Movant is $2,174.78 and consists of two (2) monthly mortgage payments of $318.14 each for September 15, 2025 and October 15, 2025, attorney fees and costs in the amount of $1,549.00, less a suspense balance of $10.50.

6.  Thus, Debtor's post-petition arrears currently total $2,174.78.

7.  Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $318.14 per month shall become due under the Note and Mortgage on the 15th day of each successive month, beginning November 15, 2025 until the Note is paid in full. Debtor acknowledges that the monthly payment is subject to change and remains responsible for same.

8.  U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST and Debtor desire to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II.   **STIPULATION FOR RELIEF FROM STAY**

9.  Debtor confirms and acknowledges his financial obligations to U.S. BANK TRUST NATIONAL

ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER

TRUSTEE FOR RCAF ACQUISITION TRUST under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal,

interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6

above.

11. Debtor further confirms and acknowledges his obligation and agrees to make regular post-petition

payments of principal, interest and escrow going forward from November 15, 2025 as set forth in

Paragraph 7 above.

12.  Debtor is required to cure the remaining arrears of $2,174.78 by making an immediate payment to

Movant in the amount of $2,174.78 upon entry of this Stipulation.

Payments should be payable and remitted to:

**Selene Finance LP**
**3501 Olympus Blvd.**
**Suite 500**
**Dallas, TX   75019**

13. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this

bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10)

days from date of conversion.  Should the Debtor fail to cure the arrears, U.S. BANK TRUST

NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS

OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, will issue and serve upon Debtor's

attorney written notification of default ("Notice") of this Stipulation.  If the default is not cured

within fifteen (15) days of the Notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT

IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF

ACQUISITION TRUST, may file a Certification of Default with the Bankruptcy Court ("Court")

and the Court shall enter an Order granting relief from the Automatic Stay.

14. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default.  In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation without further notice to Debtor or the Order of this Court.  If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

15. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

16. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation.  Debtor agrees that if he defaults under the terms of this Stipulation more than two (2)

times, then, without further notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

17. Neither U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's consent to this Stipulation it's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST's right to proceed with or commence a foreclosure other legal action against Debtor under this Stipulation.  However, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note and/or Mortgage.

18. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court").  No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

19. Debtor hereby certifies and confirms that he has reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his

attorney to execute this Stipulation on his behalf.


IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks _____      Date:   11/20/2025
SHERRI R. DICKS
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ *Marcia Y. Phillips, Esq.* with express permission      Date:   11/12/2025
MARCIA Y. PHILLIPS
Marcia Y. Phillips Esq. of Recovery Law Group
1800 JFK Blvd
Suite 300, PMB 92522
Philadelphia, PA 19103
856-282-1100
Fax : 888-303-2922
Email: mphillips@recoverylawgroup.com


NO OPPOSITION:  Without Prejudice to Any Trustee's Rights or Remedies

/s/ LeeAne O. Huggins *with express permission*      Date:   November 19, 2025
KENNETH E. WEST
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
215-627-1377